### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BOBBY FORD,** )<br>   )<br>   **Plaintiff,** )<br>   )<br>   -vs- )<br>   )<br>**THOMAS F. PAGE, DOUG H. LYERLA,** )<br>**LT. PARNELL, SGT. HUGHES,** )<br>**SGT. T. MANNING, C/O WARD, C/O BEST** )<br>**C/O HIGGIN, LT. HASEMEYER,** )<br>**LINDA GOFORTH, TOM CARTER,** )<br>**and C/O FRIEMAN,** )<br>   )<br>   **Defendants.** ) | **NO. 00-71-CJP** |

## JUDGMENT IN A CIVIL CASE

Defendants **VALENTINO L. BRAVO**, **LEORA HARRY**, and **MAVIS WITTENBORN**, were dismissed by an Order entered by United States District Judge Michael J. Reagan on May 9, 2001 (Doc. 6).

Defendant **UNKNOWN PARTY** was dismissed by the filing of the Amended Complaint on July 30, 2001 (Doc. 10).

Defendants **NANCY S. TUCKER**, **SGT. MOORE**, **C/O CLELAND**, **C/O BRANDON**, **LT. ASHBY**, **C/O BRYANT**, and **C/O WITTENBORN**, were dismissed by an Order entered by United States District Judge Michael J. Reagan on March 10, 2003 (Doc. 79).

Defendant **C/O PEARCE** was dismissed by an Order entered by United States District Judge Michael J. Reagan on April 18, 2003 (Doc. 92).

The remaining defendants **THOMAS F. PAGE, DOUG H. LYERLA, LT. PARNELL,**

**SGT. HUGHES, SGT. T. MANNING, C/O WARD, C/O BEST, C/O HIGGIN, LT. HASEMEYER, LINDA GOFORTH, TOM CARTER**, and **C/O FRIEMAN** came before this Court for bench trial and were granted judgment as a matter of law by an Order entered by United States Magistrate Judge Clifford J. Proud on September 29, 2005 (Doc. 148).

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of defendants **VALENTINO L. BRAVO**, **LEORA HARRY**, **MAVIS WITTENBORN**, **UNKNOWN PARTY, NANCY TUCKER**, **SGT. MOORE**, **C/O CLELAND, C/O BRANDON**, **LT. ASHBY**, **C/O BRYANT**, **C/O WITTENBORN, C/O PEARCE, THOMAS F. PAGE, DOUG H. LYERLA, LT. PARNELL, SGT. HUGHES, SGT. T. MANNING, C/O WARD, C/O BEST, C/O HIGGIN, LT. HASEMEYER, LINDA GOFORTH, TOM CARTER**, and **C/O FRIEMAN** and against plaintiff **BOBBY FORD**.    Plaintiff shall take nothing from this action.

**DATED** this 30th day of September, 2005

**NORBERT G. JAWORSKI, CLERK**

BY: S/ Angela Vehlewald
    Deputy Clerk

Approved by      S/Clifford J. Proud
        **United States Magistrate Judge
        Clifford J. Proud**